NEWKIRK, APPELLANT, *v.* STATE FARM MUTUAL
INSURANCE COMPANY, APPELLEE.

[Cite as *Newkirk v. State Farm Mut. Ins.
Co.* (2000), 88 Ohio St.3d 402.]

(No. 99–1302—Submitted April 11, 2000—Decided May 10, 2000.)

*Waite, Schneider, Bayless & Chesley Co., L.P.A.,* and *D. Arthur Rabourn,* for appellant.

*Freund, Freeze & Arnold* and *Gordon D. Arnold,* for appellee.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting. I respectfully dissent for the reasons set forth in the dissenting opinions in *Wolfe v. Wolfe* (2000), 88 Ohio St.3d 246, 252–255, 725 N.E.2d 261, 267–269.

I do not believe that *Moore v. State Auto. Mut. Ins. Co.* (2000), 88 Ohio St.3d 27, 33, 723 N.E.2d 97, 103, correctly disposes of appellant's second proposition of law that challenges the validity of a named-driver exclusion in a contract of insurance. However, to the extent that the majority considers *Moore* applicable, I respectfully dissent for the reasons set forth in my opinion in *Moore. Id.,* 88 Ohio St.3d 27, 33, 723 N.E.2d 97, 103.

COOK, J., concurs in the foregoing dissenting opinion.